IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**VICTOR HUGO SILVESTRE GARCIA**,

*Plaintiff,*

VS.

**S&F LOGISTICS, et al.**

*Defendants.*

C.A. No.: 5:21-cv-04062-JMG

## NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF JOHN McCOLLUM

TO:   Defendant, **John McCollum**, by and through the following counsel of record:

Robert J. Cosgrove
Wade Clark Mulcahy LLP
1515 Market St, Suite 2050
Philadelphia, Pennsylvania 19102
Telephone: (267) 239-5526

Please take notice that the following oral and videotaped deposition will be taken by the undersigned attorney(s):

A.)   The witness is **John McCollum**.

B.)   The deposition will begin at **9:00 a.m. CST**, on **Monday, March 21, 2022**, and continue from day to day until the same has been completed.

C.)   By agreement, the deposition will take place remotely via Zoom Video Conference. A weblink to join the deposition will be sent to all counsel prior to the scheduled event.

D.)   The deposition will be taken upon oral examination before a court reported authorized by law to take the deposition.

E.)   Please take notice that the undersigned may cause the deposition to be videotaped.

Respectfully Submitted,

***/s/ Malorie J. Peacock***
Malorie J. Peacock
*Pro Hac Vice*

Texas Bar No. 24077293  
Cowen | Rodriguez | Peacock  
6243 IH10 West, Suite 801  
San Antonio, Texas 78201  
Telephone: (210) 941-1301  
Fax: (210) 880-9461  
E-Mail for Filings: efilings@cowenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered, in the required manner, to all counsel of record in accordance the applicable Rules of Civil Procedure on December 21, 2021:

**Via Email Delivery:**
Robert J. Cosgrove
Wade Clark Mulcahy LLP
1515 Market St, Suite 2050
Philadelphia, Pennsylvania 19102
Telephone: (267) 239-5526
E-Mail: rcosgrove@wcmlaw.com
*Counsel For: Defendants*

**Via Email Delivery:**
Harry P. McGrath
Fellerman and Ciarimboli Law, PC
E-mail: hmcgrath@fclawpc.com

*/s/ Malorie J. Peacock*  
Malorie J. Peacock