```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VICTOR HUGO SILVESTRE     *
GARCIA,                   *
                          *
         Plaintiff,       *
                          *
VS.                       * C.A. No.:5:21-cv-04062-JMG
                          *
S&F LOGISTICS, et al.     *
                          *
         Defendants.      *
```

CERTIFICATE OF NONAPPEARANCE

I, Teresa Anderson, Certified Shorthand Reporter in and for the State of Texas, certify:

That I appeared, via Zoom, from my residence in Fischer, Texas, on the 21st day of March, 2022, to report the deposition of John McCollum, pursuant to Notice, scheduled for 9:00 a.m., CST.

Present for the deposition was Mr. Robert Disque, attorney for Plaintiff, and Ms. Jennifer Seme, attorney for Defendant;

That the following was put on the record:

MR. DISQUE: This is Robert Disque, counsel for Plaintiff Victor Hugo Silvestre Garcia. It is 9:00 a.m. on Monday, March 21st, 22 -- 2022. We are present for the oral and videotaped deposition of John McCollum. However, it has been represented that Mr. McCollum will not be appearing today. As such, we

1   are going to take a certificate of nonappearance for
2   Mr. McCollum.  I'll pass.
3               MS. SEME:  We have nothing to add.
4   Mr. McCollum will not be appearing.
5               (End of proceeding.)
6
7
8               I certify that I am neither employed
9   nor related to any attorney or party in this matter
10  and have no interest, financial or otherwise, in its
11  outcome.
12      Given under my hand and seal of office on
13  the 28th day of March, 2022.
14
15
       _____
       TERESA ANDERSON, Texas CSR 4944
16     Exp. 1/31/2024
17     REPUBLIC SERVICES SAN ANTONIO
       Firm Registration No. 649
18     12108 Radium Street
       San Antonio, Texas 78216
19     (210) 298-6300
20
21
22
23
24
25

**A**
a.m 1:15,22
add 2:3
al 1:6
Anderson 1:10
  2:15
Antonio 2:17,18
appeared 1:12
appearing 1:25 2:4
attorney 1:17,18
  2:9

**B**

**C**
C.A 1:5
certificate 1:9 2:1
Certified 1:10
certify 1:11 2:8
counsel 1:21
COURT 1:1
CSR 2:15
CST 1:15

**D**
day 1:13 2:13
Defendant 1:18
Defendants 1:7
deposition 1:14,16
  1:23
Disque 1:16,20,20
DISTRICT 1:1,1

**E**
EASTERN 1:1
employed 2:8
et 1:6
Exp 2:16

**F**
financial 2:10
Firm 2:17
Fischer 1:13
following 1:19

**G**
Garcia 1:3,21
Given 2:12
going 2:1

**H**
hand 2:12
Hugo 1:2,21

**I**
interest 2:10

**J**
Jennifer 1:17
John 1:14,24

**K**

**L**
LOGISTICS 1:6

**M**
March 1:13,22
  2:13
matter 2:9
McCollum 1:14,24
  1:25 2:2,4
Monday 1:22

**N**
neither 2:8
nonappearance 1:9
  2:1
Notice 1:15

**O**
office 2:12
oral 1:23
outcome 2:11

**P**
party 2:9
pass 2:2
PENNSYLVANIA
  1:1
Plaintiff 1:4,17,21
present 1:16,23
proceeding 2:5
pursuant 1:14
put 1:19

**Q**

**R**
Radium 2:18
record 1:19

Registration 2:17
related 2:9
report 1:14
Reporter 1:10
represented 1:24
REPUBLIC 2:17
residence 1:12
Robert 1:16,20

**S**
S&F 1:6
San 2:17,18
scheduled 1:15
seal 2:12
Seme 1:17 2:3
SERVICES 2:17
Shorthand 1:10
Silvestre 1:2,21
State 1:11
STATES 1:1
Street 2:18

**T**
take 2:1
Teresa 1:10 2:15
Texas 1:11,13 2:15
  2:18
today 1:25

**U**
UNITED 1:1

**V**
Victor 1:2,21
videotaped 1:23
VS 1:5

**W**

**X**

**Y**

**Z**
Zoom 1:12

**0**

**1**
1/31/2024 2:16
12108 2:18

**2**
2022 1:13,22 2:13
210 2:19
21st 1:13,22
22 1:22
28th 2:13
298-6300 2:19

**3**

**4**
4944 2:15

**5**
5:21-cv-04062-J...
  1:5

**6**
649 2:17

**7**
78216 2:18

**8**

**9**
9:00 1:15,22