IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
VICTOR HUGO SILVESTRE      *
GARCIA,                    *
                           *
          Plaintiff,       *
                           *
VS.                        *  C.A. No.:5:21-cv-04062-JMG
                           *
S&F LOGISTICS, et al.      *
                           *
          Defendants.      *
```

CERTIFICATE OF NONAPPEARANCE

I, Teresa Anderson, Certified Shorthand Reporter in and for the State of Texas, certify:

That I appeared, via Zoom, from my residence in Fischer, Texas, on the 21st day of March, 2022, to report the deposition of the Corporate Representative for S&F Logistics, LLC, pursuant to Notice and Subpoena Duces Tecum, scheduled for 1:30 p.m., CST.

Present for the deposition was Mr. Robert Disque, attorney for Plaintiff, and Ms. Jennifer Seme, attorney for Defendant;

That the following was put on the record:

   MR. DISQUE: All right. This is Robert Disque, counsel for Plaintiff Victor Hugo Silvestre Garcia. We noticed the deposition of a corporate representative of S&F Logistics, LLC, to begin at 1:30 p.m. CST on March 21st, 2022. It is 1:28 p.m.,

TC-$300.00

```
 1   and I have been informed that a corporate
 2   representative for S&F Logistics will not appear for
 3   the deposition today.  As such, we are taking a
 4   certificate of nonappearance, and I'll pass.
 5              MS. SEME:  Just for the record, we
 6   would like to indicate that we have made every effort
 7   to locate a designee from the entity and have been
 8   unsuccessful in those efforts, so we have no objection
 9   to counsel's request.
10                   (End of proceeding.)
11
12
13
14              I further certify that I am neither
15   employed nor related to any attorney or party in this
16   matter and have no interest, financial or otherwise,
17   in its outcome.
18       Given under my hand and seal of office on
19   the 28th day of March, 2022.
20
21
     _____
     TERESA ANDERSON, Texas CSR 4944
22   Exp. 1/31/2024
23   REPUBLIC SERVICES SAN ANTONIO
     Firm Registration No. 649
24   12108 Radium Street
     San Antonio, Texas 78216
25   (210) 298-6300
```

**A**
al 1:6
Anderson 1:10
  2:21
Antonio 2:23,24
appear 2:2
appeared 1:12
attorney 1:18,19
  2:15

**B**

**C**
C.A 1:5
certificate 1:9 2:4
Certified 1:10
certify 1:11 2:14
corporate 1:14,23
  2:1
counsel 1:22
counsel's 2:9
COURT 1:1
CSR 2:21
CST 1:16,25

**D**
day 1:13 2:19
Defendant 1:19
Defendants 1:7
deposition 1:14,17
  1:23 2:3
designee 2:7
Disque 1:17,21,22
DISTRICT 1:1,1
Duces 1:16

**E**
EASTERN 1:1
effort 2:6
efforts 2:8
employed 2:15
entity 2:7
et 1:6
Exp 2:22

**F**
financial 2:16
Firm 2:23
Fischer 1:13
following 1:20

further 2:14

**G**
Garcia 1:3,23
Given 2:18

**H**
hand 2:18
Hugo 1:2,22

**I**
indicate 2:6
informed 2:1
interest 2:16

**J**
Jennifer 1:18

**K**

**L**
LLC 1:15,24
locate 2:7
Logistics 1:6,15,24
  2:2

**M**
March 1:13,25
  2:19
matter 2:16

**N**
neither 2:14
nonappearance 1:9
  2:4
Notice 1:15
noticed 1:23

**O**
objection 2:8
office 2:18
outcome 2:17

**P**
p.m 1:16,25,25
party 2:15
pass 2:4
PENNSYLVANIA
  1:1
Plaintiff 1:4,18,22
Present 1:17

proceeding 2:10
pursuant 1:15
put 1:20

**Q**

**R**
Radium 2:24
record 1:20 2:5
Registration 2:23
related 2:15
report 1:14
Reporter 1:10
representative 1:14
  1:24 2:2
REPUBLIC 2:23
request 2:9
residence 1:12
right 1:21
Robert 1:17,21

**S**
S&F 1:6,15,24 2:2
San 2:23,24
scheduled 1:16
seal 2:18
Seme 1:18 2:5
SERVICES 2:23
Shorthand 1:10
Silvestre 1:2,22
State 1:11
STATES 1:1
Street 2:24
Subpoena 1:16

**T**
Tecum 1:16
Teresa 1:10 2:21
Texas 1:11,13 2:21
  2:24
today 2:3

**U**
UNITED 1:1
unsuccessful 2:8

**V**
Victor 1:2,22
VS 1:5

**W**

**X**

**Y**

**Z**
Zoom 1:12

**0**

**1**
1/31/2024 2:22
1:28 1:25
1:30 1:16,25
12108 2:24

**2**
2022 1:13,25 2:19
210 2:25
21st 1:13,25
28th 2:19
298-6300 2:25

**3**

**4**
4944 2:21

**5**
5:21-cv-04062-J...
  1:5

**6**
649 2:23

**7**
78216 2:24