UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR HUGO SILVESTRE GARCIA,** | : | |
| *PLAINTIFF* | : | CIVIL ACTION –LAW |
| vs. | : | JURY TRIAL DEMANDED |
| **S&F LOGISTICS, LLC et al.,** | : | NO: 5:21-cv04062-JMG |
| *DEFENDANTS* | : | |

**ORDER ON PLAINTIFF'S MOTION TO COMPEL
THE DEPOSITIONS OF DEFENDANTS**

AND NOW, this ____ day of June 2022, after careful consideration of Plaintiff's Motion to Compel the Depositions of Defendants (ECF ____), and Defendants' response thereto (ECF ___), it is hereby ORDERED that Plaintiff's Motion is GRANTED.

Defendants are ordered to appear for deposition by July 29, 2022. If Defendants fail to appear for deposition, they shall not be permitted to testify at trial and the Court may take such further and necessary steps, such as striking Defendants' affirmative defenses.

BY THE COURT:

_____
JOHN M. GALLAGHER
United States District Court Judge