IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR HUGO SILVESTRE GARCIA,<br>    Plaintiff,<br><br>v.<br><br>S&F LOGISTICS, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:  Civil No. 5:21-cv-04062-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 1st day of July, 2022, upon consideration of Argonaut Insurance Company's Motion to Intervene (ECF No. 38), and Plaintiff's opposition thereto (ECF No. 42), **IT IS HEREBY ORDERED** that the Motion (ECF No. 38) is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge