## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR HUGO SILVESTRE GARCIA,** | : | |
| *PLAINTIFF* | : | CIVIL ACTION –LAW |
| vs. | : | JURY TRIAL DEMANDED |
| **S&F LOGISTICS, LLC et al.,** | : | |
| *DEFENDANTS* | : | NO: 5:21-cv04062-JMG |

### ORDER PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS

AND NOW this ____ day of _____, 2022, upon consideration of Plaintiff's Motion for Discovery Sanctions.  it is hereby ORDERED, JUDGED, and DECREED that Argonaut's Motion is GRANTED.

IT IS HEREBY ORDERED AS FOLLOWS: Defendants S&F Logistics, LLC and John McCollum's pleadings are hereby STRICKEN.

BY THE COURT:

_____
JOHN M. GALLAGHER
United States District Court Judge