# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR HUGO SILVESTRE GARCIA,  :<br>　　　　　　Plaintiff,　　　　　: <br>　　　　　　　　　　　　　　　　: <br>　　v.　　　　　　　　　　　　　: <br>　　　　　　　　　　　　　　　　: <br>S&F LOGISTICS, *et al.*,　　　　: <br>　　　　　　Defendants.　　　　: | Civil No. 5:21-cv-04062-JMG |

## ORDER

**AND NOW**, this 24th day of October, 2022, upon consideration of Plaintiff's Motion for Sanctions (ECF No. 46), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Sanctions (ECF No. 46) is **GRANTED IN PART**. The Court enters default judgment on liability against Defendant John McCollum and Defendant S&F Logistics, LLC.

2. The Court will separately issue a scheduling order regarding proceeding on the issue of damages under Federal Rule of Civil Procedure 55(b)(2).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge