IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR HUGO SILVESTRE GARCIA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:21-cv-04062-JMG |
| | : | |
| S&F LOGISTICS, LLC, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 15th day of May, 2024, upon consideration of this Court's Memorandum Opinion and Order Granting Sanctions (ECF Nos. 52-53), Defendants' Trial Brief in Support of Trial Obligations (ECF No. 97), Plaintiff's Trial Brief (ECF No. 98), Defendants' Trial Brief on Damages (ECF No. 106), Plaintiff's Proposed Findings of Fact and Conclusions of Law (ECF No. 107), Defendants' Trial Brief Reply to Plaintiff's Trial Brief (ECF No. 108), Plaintiff's Trial Brief Response to Defendants' Brief (ECF No. 109), Defendants' Trial Brief (ECF No. 111), and Plaintiff's Trial Brief on Dr. Freeman (ECF No. 112), **IT IS HEREBY ORDERED** the testimony of Dr. Willingham and all related exhibits are **ADMITTED.**

A Memorandum Opinion addressing the Damages Award is forthcoming.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge