# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTO HUGO SILVESTRE GARCIA,<br>　　　　Plaintiff, | :<br>:<br>: |
| v. | : Civil No. 5:21-cv-04062-JMG |
| S&F LOGISTICS, *et al.*,<br>　　　　Defendants. | :<br>:<br>: |

## ORDER

**AND NOW**, this 29th day of September, 2025, following a two (2) day damages hearing (ECF Nos. 103 and 104), and upon consideration of Plaintiff's proposed findings of fact and conclusions of law (ECF No. 107) and Defendant's Reply (ECF No. 108),

**IT IS HEREBY ORDERED** that **JUDGMENT** is **ENTERED** against Defendants and in favor of Plaintiff in the amount of $535,392.41.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*　　　　　
　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　United States District Court Judge